# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/19/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR05-00027JMS

CASE NAME:        USA v. (03) Zuleika Carter, aka "Laaka"

ATTYS FOR PLA:    Mark Inciong

ATTYS FOR DEFT:   (03) Paul Cunney

INTERPRETER:

JUDGE:    Kevin S. C. Chang         REPORTER:   FTR C5

DATE:     12/19/2005                TIME:       11:01-11:02:41
                                                11:07-11:11:14am
                                                11:17-11:18:49am

COURT ACTION:  EP: Order to Show Cause Why Pretrial Release Should Not Be Revoked as to defendant (03)

Defendant not present.  Court orders a Bench Warrant to issue

Per Mr. Cunney, defendant to contest the results of the lab report.

Further Order to Show Cause Why Pretrial Release Should Not Be Revoked as to defendant (03) set 1/6/06 at 10:30am before Judge Kobayashi


Defendant arrives and is present, not in custody.  Per Mr. Cunney, defendant's delay was due to her grandmother not being able to drive.  Bench warrant recalled.

Court informed defendant of the Further Order to Show Cause Why Pretrial Release Should Not Be Revoked set for 1/6/06 at 10:30am before Judge Kobayashi

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Zuleika Carter,sa.wpd