| | | |
|---|---|---|
| Shari Afuso/HID/09/USCOURTS<br>12/21/2005 05:44 PM | To | HIDml_CR Notice Group |
| | cc | sheri_k@hotmail.com |
| | bcc | |
| | Subject | CR05-27JMS, USA v. (03) Zuleika Carter, aka "Laaka" |

CR05-27JMS, USA v. (03) Zuleika Carter, aka "Laaka"

At defendant's request, Further Order to Show Cause Why Pretrial Release Should Not Be Revoked as to Defendant (03) Zuleika Carter, aka "Laaka" set 1/6/06 before Judge Kobayashi has been moved to 12/27/05 at 1:30pm before Judge Chang

AUSA:  Mark Inciong
Def Atty:  Paul Cunney

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 21 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK