# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/27/2005  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00027JMS |
| CASE NAME: | USA v. (03) Zuleika Carter, aka "Laaka" |
| ATTYS FOR PLA: | Mark Inciong |
| ATTYS FOR DEFT: | (03) Paul Cunney |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 12/27/2005 | TIME: | 2:31-2:37:24pm |

COURT ACTION:  EP: Further Order to Show Cause Why Pretrial Release Should Not Be Revoked as to defendant (03). Minutes attached as Exhibit "A" to be filed under seal.

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Zuleika Carter2a,sa.wpd