**SEALED BY ORDER OF THE COURT**

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 05 2006

at 1 o'clock and 47 min. PM
SUE BEITIA, CLERK

U.S.A. vs. ZULEIKA CARTER
a.k.a. "Laaka"

CRIMINAL NO. 05-00027SOM

Petition for Action on Conditions of Pretrial Release

COMES NOW ALISON G.K. THOM, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant ZULEIKA CARTER, who was placed under pretrial release supervision by the Honorable Leslie E. Kobayashi sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since February 16, 2005. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT

Respectfully presenting petition for action of Court and for cause as follows:

The defendant has violated the conditions of pretrial release by:

1. Failing to enter the Salvation Army Family Treatment Services Women's Way program, in violation of Special Condition No. 10.

2. Submitting a urine specimen on December 19, 2005, that was confirmed positive for methamphetamine and amphetamine, in violation of Special Condition No. 7.

3. Failing to report to Pretrial Services on December 27, 2005, as instructed, in violation of Special Condition No. 1.

PRAYING THAT THE COURT WILL ORDER a Summons be issued and the defendant be brought forth to show cause as to why pretrial release should not be revoked.

U.S.A. vs. ZULEIKA CARTER a.k.a. "Laaka"
CRIMINAL NO. 05-00027SOM
Petition for Action on Conditions of Pretrial Release

January 4, 2006
Page 2 of 2

---

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 4th day of January, 2006 and ordered filed and made a part of the records in the above case.<br><br>/s/ Susan Oki Mollway<br>SUSAN OKI MOLLWAY<br>U.S. District Judge | Executed on: January 4, 2006<br><br>/s/ Alison G.K. Thom<br>ALISON G.K. THOM<br>U.S. Pretrial Services Officer<br><br>Place: Honolulu, Hawaii |