# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00027JMS |
| CASE NAME: | USA vs. (03) ZULEIKA CARTER, aka "Laaka" |
| ATTYS FOR PLA: | Mark A. Inciong |
| ATTYS FOR DEFT: | (03) Paul J. Cunney |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 1/13/2006 | TIME: | 10:56-10:59 |

COURT ACTION:  EP: Order to Show Cause as to Why Pretrial Release Should Not Be Revoked - Defendant not present.

No Bail BW to be issued at 4:00 pm. Today 1/13/06.

If Defendant can be contacted to appear today, Atty Paul J. Cunney to contact the Court immediately.

Submitted by: Warren N. Nakamura, Courtroom Manager