AO 83 (Rev. 12/85) Summons in a Criminal Case

CR 05-00027SOM
ZULIEKA CARTER
aka "Laaka"

## RETURN OF SERVICE

Service as made by me on:[1]     Date  1/13/06

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _LEK courtroom_

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on  1/13/06
                Date
                                                Mark M. Hanohano
                                        Name of United States Marshal


                                        _____
                                        (by) Deputy United States Marshal

Remarks:

served Δ's atty
Paul Cunney -

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

ORIGINAL

AO 83 (Rev. 12/85) Summons in a Criminal Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 7 2006

at ___9___ o'clock and __10__ min. __A__ M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

SUMMONS IN A CRIMINAL CASE

V.

Case Number: CR 05-00027SOM

ZULIEKA CARTER
aka "Laaka"
(Name and Address of Defendant)

*Roman!  Serve in court!*

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | COURTROOM 7 |
| | Date and Time |
| Before: Leslie E. Kobayashi, United States Magistrate Judge | 01/13/2006 @ 10:30 |

To Answer a(n) Pretrial Release Violation Petition

Charging you with a violation of Title  United States Code, Section(s) .

Brief description of offense:
ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.

RECEIVED
2006 JAN 12 AM 9:02
U.S. MARSHALS SERVICE
HONOLULU, HI.

Sue Beitia
Name and Title of Issuing Officer

Signature of Issuing Officer/Deputy Clerk

January 11, 2006
Date