# ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 5 2006

at __11__ o'clock and __05__ min __A__ M
SUE BEITIA, CLERK

PAUL J. CUNNEY
A Law Corporation
220 South King Street, Suite 2290
Honolulu, Hawaii 96813
Telephone No. 523-0077

PAUL J. CUNNEY, #3145
VICTOR J. BAKKE, #5749
DAN C. OYASATO, #4834
DAWN S. SHIGEZAWA, #6529
Attorney for Defendant
ZULEIKA CARTER
a.k.a. Laaka

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00027SOM |
| Plaintiff, | ) ) | NOTICE OF MOTION; MOTION TO |
| vs. | ) ) | WITHDRAW AS COUNSEL; DECLARATION OF COUNSEL; |
| ZULEIKA CARTER, | ) ) | CERTIFICATE OF SERVICE |
| Defendant. | ) ) ) | DATE: _____ TIME: _____ JUDGE: _____ |

### NOTICE OF MOTION

TO:   MARK A. INCIONG
      Assistant United States Attorney

      EDWARD H. KUBO
      First Assistant United States Attorney
      PJKK Federal Building
      300 Ala Moana Boulevard, Room 6100
      Honolulu, Hawaii 96813

PLEASE TAKE NOTICE that the following motion will be heard before the

Honorable _____, in courtroom in the United States Courthouse,

300 Ala Moana Boulevard, Honolulu, Hawaii, on_____, or as soon as counsel may be heard.

DATED: Honolulu, Hawaii, January 24, 2006.

                                                /s/ Paul J. Cunney
                                                PAUL J. CUNNEY
                                                Attorney for Defendant
                                                ZULEIKA CARTER

PAUL J. CUNNEY
A Law Corporation
220 South King Street, Suite 2290
Honolulu, Hawaii 96813
Telephone No. 523-0077

PAUL J. CUNNEY, #3145
VICTOR J. BAKKE, #5749
DAN C. OYASATO, #4834
DAWN S. SHIGEZAWA, #6529
Attorney for Defendant
ZULEIKA CARTER
a.k.a. Laaka

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00027SOM |
|---|---|
| Plaintiff, | ) MOTION TO WITHDRAW AS COUNSEL |
| vs. | ) |
| ZULEIKA CARTER, a.k.a. Laaka | ) |
| Defendant. | ) |

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW counsel, PAUL J. CUNNEY, Attorney for Defendant ZULEIKA CARTER, moves this Honorable Court to order the government to permit the Law Offices of Paul J. Cunney to withdraw as counsel and refer Defendant ZULEIKA CARTER to the Federal Public Defenders Office or to an appointed attorney.

1

This motion is based upon Rule 47 of the Federal Rules of Criminal Procedure-United States District Court, the attached declaration of counsel, all the files and records in this case, and on any evidence that may be adduced at a hearing on this motion.

DATED: Honolulu, Hawaii, January 24, 2006.

                                                PAUL J. CUNNEY
                                              Attorney for Defendant
                                              ZULEIKA CARTER