# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/30/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 05-00027JMS

CASE NAME:       USA v. (03) Zuleika Carter

ATTYS FOR PLA:   Mark A. Inciong

ATTYS FOR DEFT:  (03) Paul J. Cunney

INTERPRETER:

JUDGE:    Barry M. Kurren          REPORTER:   C6F

DATE:     3/30/2006                TIME:       9:44 - 9:45

COURT ACTION:  EP: Motion to Withdraw as Counsel as to (03) Zuleika Carter - deft not present, in state custody.

Hearing continued to 4-7-06 @ 11 a.m., BMK.
Defendant to be brought to court.

EO: Order to Show Cause Why Bail Should Not be Revoked is set for 4-7-06 @ 11 a.m., BMK.

Submitted by Richlyn Young, Courtroom Manager