ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG   CA BAR #163443
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 03 2006

at __ o'clock and __ min. __
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00027 JMS |
|---|---|
| Plaintiff, | ) APPLICATION AND ORDER FOR<br>) WRIT OF HABEAS CORPUS AD<br>) PROSEQUENDUM |
| vs. | ) |
| ZULEIKA CARTER, (3)<br>aka "Laaka", | ) |
| Defendant. | ) |

APPLICATION AND ORDER FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the UNITED STATES OF AMERICA, by the United States Attorney, and represents and shows:

That there is now detained in the Oahu Community Correctional Center, at 2199 Kamehameha Highway, Honolulu, HI 96819, in the custody of the Warden, Nolan Espinda, thereof, the defendant ZULEIKA CARTER, aka "Laaka", in the above-entitled case, which case will be called for Status Hearing as to Appointment of Counsel on the 7th day of April, 2006 at the hour

of 11:00 a.m., and that it is necessary to have said defendant present in the courtroom of the Honorable Barry M. Kurren, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii; in order to secure the presence of defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Warden Nolan Espinda to produce said defendant to the United States Marshal in order to procure her presence in said courtroom on said date, and at such other dates as may be necessary until termination of the criminal charges now pending against the defendant.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to said Warden Nolan Espinda commanding him to have and produce the above-named defendant to the United States Marshal, in order to procure defendant's presence before the Honorable Barry M. Kurren in said courtroom, on said date and time, and from day to day thereafter as may be necessary; the United States Marshal shall retain custody of defendant and at the termination of the criminal charges now pending against defendant return her to the Oahu Community Correctional Center.

DATED: _____4-3-06_____, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____/s/_____
MARK A. INCIONG
Assistant U.S. Attorney

O R D E R

Upon reading and filing the foregoing Application in that behalf;

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as prayed for herein;

DATED:  Honolulu, Hawaii, _____4/3/06_____.

_____
HONORABLE LESLIE E. KOBAYASHI
UNITED STATES MAGISTRATE JUDGE

United States of America v. Zuleika Carter
Cr. No. 05-00027 JMS
Application and Order for Writ of
Habeas Corpus Ad Prosequendum