ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG   CA BAR #163443
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 03 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-0027 JMS |
| Plaintiff, | ) | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | ) | |
| ZULEIKA CARTER, (3) aka "Laaka", | ) | |
| Defendant. | ) | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: WARDEN NOLAN ESPINDA, OAHU COMMUNITY CORRECTIONAL CENTER, 2199 Kamehameha Highway, Honolulu, HI 96819, and to the United States Marshal for the District of Hawaii, or his/her assistant.

G R E E T I N G S

We command that you, the Warden of the Oahu Community Correctional Center, produce the body of ZULEIKA CARTER, aka "Laaka", now in your custody to the United States Marshal, District of Hawaii, United States Courthouse, 300 Ala Moana

Boulevard, Honolulu, Hawaii, and further that the United States Marshal upon taking custody of said defendant produce said defendant before the Honorable Barry M. Kurren, United States Magistrate Judge, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on April 7, 2006, at the hour of 11:00 a.m. for Status Hearing as to Appointment of Counsel of said defendant, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

Custody of said Defendant, ZULEIKA CARTER, shall remain with the United States Marshal. The delivery of the body of said Defendant, ZULEIKA CARTER, by the United States Marshal to the courtroom of the Honorable Barry M. Kurren as aforesaid until termination of the criminal charges now pending against defendant and the return by the United States Marshal of said Defendant, ZULEIKA CARTER, to the custody of the Oahu Community Correctional Center, shall be deemed sufficient compliance with this Writ.

WITNESS the Honorable Leslie E. Kobayashi, Magistrate of the United States District Court for the District of Hawaii.

DATED: APR 03 2006          , at Honolulu, Hawaii.

SUE BEITIA, Clerk
United States District Court
for the District of Hawaii

_____
DEPUTY CLERK


United States v. Zuleika Carter
Cr. No. 05-00027 JMS
"Writ of Habeas Corpus Ad Prosequendum"