# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/7/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00027JMS |
| CASE NAME: | USA vs. (03) Zuleika Carter |
| ATTYS FOR PLA: | Mark Inciong |
| ATTYS FOR DEFT: | 02 Paul Cunney |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 |
| DATE: | 4/7/2006 | TIME: | 10:59:00-11:08:00 |

COURT ACTION:  EP: Further Hearing on Motion to Withdraw as Counsel; Order to Show Cause Why Pretrial Release Should Not Be Revoked -

Defendant (03) Zuleika Carter present and in custody.

Defendant sworn to financial affidavit.

Request for Court Appointed Counsel - Granted.

Dana Ishibashi, who represents the defendant on her 2 state cases, may be appointed.

Motion to Withdraw as Counsel - Granted.

Order to Show Cause Why Pretrial Release Should Not Be Revoked - continued to 4/11/06 @ 2:00 p.m. LEK.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.