# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/12/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR NO. 05-00027JMS

CASE NAME: USA vs. (03) ZULEIKA CARTER, aka "Laaka"

ATTYS FOR PLA: Mark A. Inciong

ATTYS FOR DEFT: (03) Dana S. Ishibashi

INTERPRETER:

JUDGE: Leslie E. Kobayashi          REPORTER: FTR-Courtroom 7

DATE: 4/12/2006                     TIME: 11:07-11:09

COURT ACTION:  EP: Order to Show Cause as to Why Pretrial Release Should Not Be Revoked - Defendant present in custody.

No opposition, defendant admits to all alleged violations of her pretrial release. Court finds that the Defendant has violated the conditions of her pretrial release. Pretrial release revoked.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager