PAUL J. CUNNEY
A Law Corporation
220 South King Street, Suite 2290
Honolulu, Hawaii 96813
Telephone No. 523-0077

PAUL J. CUNNEY, #3145
VICTOR J. BAKKE, #5749
DAN C. OYASATO, #4834
DAWN S. SHIGEZAWA, #6529
Attorney for Defendant
ZULEIKA CARTER
a.k.a. Laaka



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00027 SOM |
| | ) | |
| vs. | ) | |
| | ) | |
| ZULEIKA CARTER, | ) | |
| also known as: Laaka | ) | |
| | ) | **ORDER GRANTING ATTORNEY** |
| Defendant. | ) | **PAUL CUNNEY'S MOTION TO** |
| | ) | **WITHDRAW AS COUNSEL** |

**ORDER GRANTING ATTORNEY
PAUL CUNNEY'S MOTION TO WITHDRAW AS COUNSEL**

Attorney Paul Cunney's Motion to Witthdraw as Counsel, filed on January 25, 2006, was held before the Honorable Barry M. Kurren, Magistrate Judge of the United States District Court for the District of Hawaii on April 7, 2006 at 11:00 a.m. being good cause therefore, the Court granted Attorney Paul Cunney's Motion to Withdraw as Counsel. Present for the United States Attorney's office was Assistant United States Attorney, Mark Inciong. Attorney Paul Cunney and Defendant Zuleika Carter was present.

**IT IS HEREBY ORDERED**, that the motion to Withdraw as Counsel in the above-captioned case be GRANTED. Defendant ZULEIKA CARTER, also known as Laaka is

now <u>referred</u> to an APPOINTED ATTORNEY.

**IT IS FURTHER ORDERED** that the Hearing for the Order to Show Cause is continued to April 11, 2006 at 11:00 a.m., before Magistrate Judge Leslie E. Kobayashi.

DATED: Honolulu, Hawaii, 5 · 4 , 2006.

HONORABLE BARRY M. KURREN
Magistrate of the Above-Entitled Court

APPROVED AS TO FORM AND CONTENT:

MARK INCIONG, Assistant to U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850

**U.S.A. vs. ZULEIKA CARTER,** also known as **Laaka**; CR. NO. 05-00027 SOM; Order Granting Motion to Withdraw as Counsel