ORIGINAL

PETER B. CARLISLE  2209
Prosecuting Attorney
ABIGAIL S. DUNN  7920
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:    527-6567
FAX:  527-6552
Attorneys for State of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 8 2006

at 10 o'clock and 35 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00027-JMS |
| ) | |
| Plaintiff, ) | APPLICATION REGARDING |
| ) | TEMPORARY TRANSFER OF |
| v. ) | CUSTODY TO THE STATE OF HAWAII |
| ) | REGARDING WRIT OF HABEAS |
| ZULEIKA CARTER, ) | CORPUS AD TESTIFICANDUM AND |
| ) | WRIT OF HABEAS CORPUS AD |
| Defendant. ) | PROSEQUENDUM; EXHIBITS "A--C"; |
| ) | |

APPLICATION REGARDING TEMPORARY TRANSFER
OF CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Abigail S. Dunn, Deputy Prosecuting Attorney for the City and County of Honolulu, State of

Hawaii, hereby moves the Honorable Court for an Order authorizing the temporary transfer of the

physical custody of ZULEIKA CARTER from the United States Marshal Service, District of

Hawaii, to State of Hawaii Officials at any time or times deemed necessary until the conclusion of

State of Hawaii v. Keith Okura, Criminal No. 06-1-0376 and/or State of Hawaii v. ZULEIKA

CARTER, Criminal Nos. 05-1-0260 and 06-1-0193.

ZULEIKA CARTER is now detained in the custody of the United States Marshal Service, District of Hawaii, pending sentencing.

ZULEIKA CARTER is an essential witness in State of Hawaii v. Keith Okura, Criminal No. 06-1-0376, which is scheduled to begin jury trial during the week of June 13, 2006, before the Honorable Rhonda A. Nishimura, Judge of the Circuit Court of the First Circuit, State of Hawaii.

ZULEIKA CARTER is a Defendant in Criminal Nos. 05-1-0260 and 06-1-0193 and has sentencing before the Honorable Dexter Del Rosario, Judge of the Circuit Court of the First Circuit, State of Hawaii, on July 5, 2006, 11:00 a.m.

The State of Hawaii has received approval for a temporary transfer of custody from the Assistant United States Attorney assigned to the above matter. (See, Exhibit "A").

This Application requests that the Court grant a temporary transfer of the physical custody of ZULEIKA CARTER from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials, based on the State of Hawaii's Writ of Habeas Corpus ad Testificandum filed on May 15, 2006 (see, Exhibit "B") and the State's Writ of Habeas Corpus ad Prosequendum filed on May 10, 2006, (see, Exhibit "C") in the Circuit Court of the First Circuit, State of Hawaii.

Upon conclusion of State of Hawaii v. Keith Okura, Criminal No. 06-1-0376 and/or State of Hawaii v. ZULEIKA CARTER, Criminal Nos. 05-1-0260 and 06-1-0193, ZULEIKA CARTER will be returned to the United States Marshal Service, District of Hawaii.

Dated at Honolulu, Hawaii: May 17, 2006.

STATE OF HAWAII

By PETER B. CARLISLE
Prosecuting Attorney

By _____
ABIGAIL S. DUNN
Deputy Prosecuting Attorney
City and County of Honolulu