5412958    US ATTORNEYS OFFIC                          10:26:40 a.m.    05-09-2006    1/2
MAY-05-2006 FRI 08:48 AM PROSECUTING ATTY MISD        FAX NO. 808 527 6471              P. 02

DEPARTMENT OF THE PROSECUTING ATTORNEY

# CITY AND COUNTY OF HONOLULU

ALII PLACE
1060 RICHARDS STREET • HONOLULU, HAWAII 96813
PHONE: (808) 547-7400



PETER B. CARLISLE
PROSECUTING ATTORNEY

IWALANI D. WHITE
FIRST DEPUTY PROSECUTING ATTORNEY

May 5, 2006

Mark Inciong,
  Assistant United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Ewa Wing, 6th Floor
Honolulu HI 96813

RE: Zuleika Carter

Dear Mr. Inciong:

I understand the above-named individual is currently in the custody of the federal government, pending federal sentencing scheduled for June 26, 2006.

The State of Hawaii would like to take custody of this person to testify in State v. Keith Okura, Criminal No. 06-1-0376, commencing on June 13, 2006. The State of Hawaii will return her on or before June 16, 2006. If she is needed for further testimony, the State of Hawaii will later make arrangements with you for her future appearances as a witness.

This individual also has two pending sentencing matters in Criminal Nos. 05-1-0260 and 06-1-0193. The State of Hawaii would like to take custody of this person in the future and will later make arrangements with you regarding these matters.

Please sign below if you agree to this request and FAX a copy of this letter to me, FAX no. 527-6471. Our office will then file a Writ of Habeas Corpus ad Testificandum, Writ of Habeas Corpus ad Prosequendum, and an Order Granting the Temporary Transfer of Custody.

EXHIBIT "A"

US ATTORNEYS OFFIC                               10:27:10 a.m.    05-09-2006        2/2
MAY-05-2006 FRI 08:49 AM PROSECUTING ATTY MISD      FAX NO. 808 527 6471         P. 03

Mark Inciong, Esq.
Page 2 of 2
May 5, 2006

     Thank you for your cooperation in this matter. If you have any questions, please call me at 527-6448.

                                    Very truly yours,

                                    June C. Koja
                                    Paralegal

APPROVED:

Mark Inciong
Assistant United States Attorney