

PETER B. CARLISLE  2209
Prosecuting Attorney
ABIGAIL S. DUNN  7920
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:     527-6567
FAX:   527-6552
Attorneys for State of Hawaii

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE STATE OF HAWAII FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM RE ZULEIKA CARTER,<br><br>Prisoner. | S. P. NO. 06-1-0174  K/RAN<br>(State of Hawaii v. Keith Okura, Cr. No. 06-1-0376)<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM; ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM; WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE HONORABLE RHONDA A. NISHIMURA, JUDGE OF THE ABOVE ENTITLED COURT:

Comes now the STATE OF HAWAII, by and through Abigail S. Dunn, Deputy Prosecuting Attorney of the City and County of Honolulu, State of Hawaii, and respectfully alleges as follows:

1. That a trial against Keith Okura, Criminal No. 06-1-0376, is pending in the Circuit Court of the First Circuit for the offenses of Unlawful Imprisonment in the Second Degree and Assault in the Third Degree and is presently scheduled to begin the week of June 13, 2006;

EXHIBIT "B"

2.	That the State has cause to believe that ZULEIKA CARTER, Prisoner above-named, was and is a material witness in Criminal No. 06-1-0376;

3.	That the presence of said Prisoner is essential to its case-in-chief and is required in the courtroom of the Honorable RHONDA A. NISHIMURA, Judge of the Circuit Court of the First Circuit, commencing on June 13, 2006;

4.	That said Prisoner is now imprisoned under the custody of the UNITED STATES MARSHAL, District of Hawaii, and is being detained at the Federal Detention Center, Honolulu, Hawaii, and

5.	That in order to procure Prisoner's presence in the Circuit Court of the First Circuit, it is necessary that a Writ of Habeas Corpus ad Testificandum be issued, pursuant to Chapter 660, Hawaii Revised Statutes.

WHEREFORE, Applicant prays that the Clerk of this Court be directed to issue a Writ of Habeas Corpus ad Testificandum commanding the:

UNITED STATES MARSHAL, District of Hawaii, or his/her deputy to make available the body of ZULEIKA CARTER to State of Hawaii Officials on June 13, 2006, and at any time or times deemed necessary in the further proceedings of Criminal No. 06-1-0376; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Prisoner each time, to:

1.	retain custody of said Prisoner and he/she shall be confined with the Department of Public Safety, State of Hawaii, during the pendency of these proceedings;

2.	bring said Prisoner before the Honorable RHONDA A. NISHIMURA, Judge of the Circuit Court of the First Circuit, for testimony at the trial of Keith Okura, Criminal No. 06-1-0376, commencing on June 13, 2006,

3. return said Prisoner to the custody of the United States Marshal, District of Hawaii, on or before June 16, 2006;

4. bring said Prisoner before the Presiding Judge of the Circuit Court of the First Circuit at any time or times deemed necessary in the further proceedings of Criminal No. 06-1-0376; and thereafter

5. return the said Prisoner to the custody of the UNITED STATES MARSHAL, District of Hawaii, on a mutually agreed upon date.

Dated at Honolulu, Hawaii: May 5, 2006.

STATE OF HAWAII

By PETER B. CARLISLE
Prosecuting Attorney

By _____
ABIGAIL S. DUNN
Deputy Prosecuting Attorney
City and County of Honolulu

ORDER DIRECTING ISSUANCE OF
WRIT OF HABEAS CORPUS AD TESTIFICANDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus ad Testificandum prayed for in the foregoing Application.

Dated at Honolulu, Hawaii: MAY 1 0 2006

RHONDA A. NISHIMURA (SEAL)

RHONDA A. NISHIMURA
Judge of the above entitled court

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   UNITED STATES MARSHAL, District of Hawaii, or His/Her Deputy; and
STATE OF HAWAII OFFICIALS

GREETINGS:

We command that you, UNITED STATES MARSHAL, District of Hawaii, or your Deputy, produce the body of ZULEIKA CARTER, who is being detained as a federal prisoner under your custody, to STATE OF HAWAII OFFICIALS on June 13, 2006, and at any time or times deemed necessary in the further proceedings of Criminal No. 06-1-0376, for safe and secure conduct; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Prisoner each time, to:

1.   retain custody of said Prisoner and he/she shall be confined with the Department of Public Safety, State of Hawaii, during the pendency of these proceedings;

2.   bring said Prisoner before the Honorable RHONDA A. NISHIMURA, Judge of the Circuit Court of the First Circuit, for testimony at the trial of Keith Okura, Criminal No. 06-1-0376, commencing on June 13, 2006,

3.   return said Prisoner to the custody of the United States Marshal, District of Hawaii, on or before June 16, 2006;

4.   bring said Prisoner before the Presiding Judge of the Circuit Court of the First Circuit at any time or times deemed necessary in the further proceedings of Criminal No. 06-1-0376; and thereafter

5.   return the said Prisoner to the custody of the UNITED STATES MARSHAL, District of Hawaii, on a mutually agreed upon date.

Upon completion of the above, it shall be deemed sufficient compliance with this writ.

WITNESS the Honorable RHONDA A. NISHIMURA, Judge of the Circuit Court of the First Circuit at Honolulu, Hawaii, and the seal of said Court this 10 day of MAY 2006.

_L. Nozaki_
Clerk, Circuit Court, First Circuit
State of Hawaii

RHONDA A. NISHIMURA ( SEAL )
Judge of the Circuit Court
First Circuit, State of Hawaii