PETER B. CARLISLE 2209
Prosecuting Attorney
MELISSA B. KARLEN 7778
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii 96813
Ph:   527-6542
FAX: 527-6546
Attorneys for State of Hawaii

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2006 MAY 10 AM 10: 28

F. OTAKE
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE STATE OF HAWAII FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM RE ZULEIKA CARTER,<br><br>Defendant. | S. P. NO. 06-1-0176<br>(Cr. No. 05-1-0260 and 06-1-0193)<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM; WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE DEXTER DEL ROSARIO, JUDGE OF THE ABOVE ENTITLED COURT:

Comes now the STATE OF HAWAII, by and through Melissa B. Karlen, Deputy Prosecuting Attorney of the City and County of Honolulu, State of Hawaii, and respectfully alleges as follows:

1.   That Zuleika Carter has two cases in the Circuit Court of the First Circuit, Honolulu, Hawaii, Criminal Nos. 05-1-0260 and 06-1-0193;


EXHIBIT "C"

2. That Sentencing in Criminal Nos. 05-1-0260 and 06-1-0193 is scheduled for July 5, 2006, 8:30 a.m., before the Honorable DEXTER DEL ROSARIO;

3. That said Defendant is now imprisoned as a federal prisoner under the custody of the UNITED STATES MARSHAL, District of Hawaii, and is being detained at the Federal Detention Center, Honolulu, Hawaii, and

4. That in order to procure Defendant's presence in the Circuit Court of the First Circuit, it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued, pursuant to Chapter 660, Hawaii Revised Statutes.

WHEREFORE, Applicant prays that the Clerk of this Court be directed to issue a Writ of Habeas Corpus ad Prosequendum commanding the:

UNITED STATES MARSHAL, District of Hawaii, or his/her deputy to make available the body of ZULEIKA CARTER to State of Hawaii Officials on a mutually agreed upon date and at any time or times deemed necessary in the further proceedings of Criminal Nos. 05-1-0260 and 06-1-0193; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant each time, to:

1. retain custody of the Defendant and he/she shall be confined with the Department of Public Safety, State of Hawaii, during the pendency of these proceedings;

2. bring the said Defendant before the Presiding Judge of the Circuit Court of the First Circuit at any time or times deemed necessary in the further proceedings of Criminal Nos. 05-1-0260 and 06-1-0193; and thereafter

3.     return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, on a mutually agreed upon date.

Dated at Honolulu, Hawaii: May 5, 2006.

        STATE OF HAWAII

        By PETER B. CARLISLE
          Prosecuting Attorney

        By _____
          MELISSA B. KARLEN
          Deputy Prosecuting Attorney
          City and County of Honolulu

### ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus ad Prosequendum prayed for in the foregoing Application.

Dated at Honolulu, Hawaii:   MAY 10 2006

        FAYE M. KOYANAGI (SEAL)
        DEXTER DEL ROSARIO
        Judge of the above entitled court

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   UNITED STATES MARSHAL, District of Hawaii, or His/Her Deputy; and

STATE OF HAWAII OFFICIALS

GREETINGS:

We command that you, UNITED STATES MARSHAL, District of Hawaii, or your Deputy, produce the body of ZULEIKA CARTER, who is being detained as a federal prisoner under your custody, to STATE OF HAWAII OFFICIALS on a mutually agreed upon date and at any time or times deemed necessary in the further proceedings of Criminal Nos. 05-1-0260 and 06-1-0193; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant each time, to:

1. retain custody of the Defendant and he/she shall be confined with the Department of Public Safety, State of Hawaii, during the pendency of these proceedings;

2. bring the said Defendant before the Presiding Judge of the Circuit Court of the First Circuit at any time or times deemed necessary in the further proceedings of Criminal Nos. 05-1-0260 and 06-1-0193; and thereafter

3. return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, on a mutually agreed upon date.

Upon completion of the above, it shall be deemed sufficient compliance with this writ.

WITNESS the Honorable DEXTER DEL ROSARIO, Judge of the Circuit Court of the First Circuit at Honolulu, Hawaii, and the seal of said Court this **10th** day of **May 2006**.

*M. Anguay*
Clerk, Circuit Court, First Circuit
State of Hawaii

FAYE M. KOYANAGI (SEAL) for DEXTER D. DEL ROSARIO
Judge of the Circuit Court
First Circuit, State of Hawaii