ORIGINAL

PETER B. CARLISLE  2209
Prosecuting Attorney
ABIGAIL S. DUNN  7920
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:    527-6567
FAX:   527-6552
Attorneys for State of Hawaii

LODGED
MAY 18 2006 10:35 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 19 2006
at 9 o'clock and 10 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00027-JMS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER GRANTING TEMPORARY |
| | ) | TRANSFER OF CUSTODY TO THE |
| v. | ) | STATE OF HAWAII REGARDING WRIT |
| | ) | OF HABEAS CORPUS AD |
| ZULEIKA CARTER, | ) | TESTIFICANDUM AND WRIT OF |
| | ) | HABEAS CORPUS AD |
| Defendant. | ) | PROSEQUENDUM |
| | ) | |

ORDER GRANTING TEMPORARY TRANSFER OF
CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD TESTIFICANDUM
AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the foregoing Application for Temporary Custody to the State of

Hawaii Regarding Writ of Habeas Corpus ad Testificandum and Writ of Habeas Corpus ad

Prosequendum and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii,

temporarily transfer the physical custody of Defendant ZULEIKA CARTER to State of Hawaii

Officials at any time or times deemed necessary until the conclusion of <u>State of Hawaii v. Keith Okura</u>, Criminal No. 06-1-0376 and/or <u>State of Hawaii v. ZULEIKA CARTER</u>, Criminal Nos. 05-1-0260 and 06-1-0193. Upon the conclusion of the case(s), State of Hawaii Officials are to return the said ZULEIKA CARTER back to the United States Marshal Service, District of Hawaii.

Dated: _____MAY 18 2006_____ at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE