# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/26/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CRIMINAL 05-00027JMS-03

CASE NAME: United States of America vs. Zuleika Carter, aka "Laaka"

ATTYS FOR PLA: Mark A. Inciong

ATTYS FOR DEFT: Dana Ishibashi

INTERPRETER:

JUDGE: J. Michael Seabright     REPORTER: Sharon Ross

DATE: 6/26/2006                  TIME: 1:40 - 2:20

COURT ACTION: Sentencing to Count 1 of the Superseding Indictment:

Defendant present in custody with counsel Dana Ishibashi.

Memorandum of Plea Agreement accepted.

Sentencing continued to July 6, 2006 at 1:30 p.m.

Submitted by:   Dottie Miwa, Courtroom Manager