AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

**FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII**
**AUG 28 2006**
at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 05-00027 JMS 03 |

(03) ZULIEKA CARTER aka "Laaka"

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST (03) ZULIEKA CARTER aka "Laaka" and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.

**RECEIVED 2006 JAN 17 PM 12:51 U.S. MARSHALS SERV. HONOLULU, HI.**

in violation of Title   United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | 01/13/2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL        By: Leslie E. Kobayashi, United States Magistrate Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received 1/17/06 | NAME AND TITLE OF ARRESTING OFFICER Tony Cole DUSM | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| Date of Arrest 8/1/06 | | |